

# Missouri Court of Appeals
## Southern District

**JANUARY 30, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.   Case No.  SD32905

   Re:   MARK DANNENMUELLER,
          Claimant-Respondent,
          vs.
          NORANDA ALUMINUM, INC.,
          Employer-Appellant.